# United States District Court

DISTRICT OF __MASSACHUSETTS__

Joseph E. McCain

V.

City of Newburyport, Thomas H. Howard, Individually
and as City Marshall for the City of Newburyport,
Brian Brunault and Nextel Communications of the
Mid Atlantic, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04   10862 GAO

TO: (Name and Address of Defendant)

    City of Newburyport
    c/o Mayor Alan P. Lavender
    60 Pleasant Street
    Newburyport, MA  01950

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph T. Doyle, Jr.
    Matthew W. Perkins
    Lecomte, Emanuelson and Doyle
    1250 Hancock Street, Suite 815N
    Quincy, MA  02169

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

APR 30 2004
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>5-7-04 @ 4:55 PM |
| NAME OF SERVER (PRINT)<br>Christopher Coyman | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Mayor's Office, 60 Pleasant Street, Newburyport, MA 01950 to Bill Suttle who accepted for the City of Newburyport.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL<br>$6.00 | SERVICES<br>$42.00 | TOTAL<br>$48.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 7, 2004         *Christopher Coyman*
                  Date              Signature of Server

1004 Pheasant Lane, Middleboro, MA 02346
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.