# United States District Court

DISTRICT OF **MASSACHUSETTS**

Joseph E. McCain

v.

City of Newburyport, Thomas H. Howard, individually and as City Marshall for the City of Newburyport, Brian Brunault and Nextel Communications of the Mid Atlantic, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10862 GAO

TO: (Name and Address of Defendant)

Brian Brunault
c/o Newburyport Police Department
4 Green Street
Newburyport, MA  01950

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph T. Doyle, Jr.
Matthew W. Perkins
Lecomte, Emanuelson and Doyle
1250 Hancock Street, Suite 815N
Quincy, MA  02169

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE: APR 30 2004