AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF ——— MASSACHUSETTS ———

Joseph E. McCain

**SUMMONS IN A CIVIL ACTION**

v.

04 10862 GAO

CASE NUMBER:

City of Newburyport, Thomas H. Howard,
individually and as City Marshall for
the City of Newburyport, Brian Brunault
and Nextel Communications of the Mid
Atlantic, Inc.

TO: (Name and Address of Defendant)

    Nextel Communications of the Mid Atlantic, Inc.
    c/o its Resident Agent
    Corporation Service Company
    86 State Street
    Boston, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph T. Doyle
    Matthew W. Perkins
    Lecomte, Emanuelson and Doyle
    1250 Hancock Street, Suite 815N
    Quincy, MA  02169

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.



TONY ANASTAS

APR 30 2004

**CLERK**

**DATE**

**BY DEPUTY CLERK**

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 5-6-04 @ 2:15 PM |
|---|---|
| NAME OF SERVER (PRINT) Christopher Coyman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served : <u>Corporation Service Company, the</u> <u>Resident Agent for Nextel Communications of the Mid Atlantic, Inc.</u> <u>by serving in hand to Bernardo Muntanez.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $42.00 | TOTAL $62.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __May 6, 2004__        *Christopher Coyman*
             *Date*                *Signature of Server*

1004 Pheasant Lane, Middleboro, MA 02346
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.