UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------x
Joseph E. McCain                           :

               Plaintiff,           :

vs.                                        :   Case No.: 1:04-cv-10862-GAO

City of Newburyport, Thomas H. Howard,     :
Individually and as City Marshall for the City of
Newburyport, Brian Brunault and Nextel     :
Communications of the Mid-Atlantic, Inc.
                                           :
               Defendant.
                                           :
------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Brian J.S. Cullen, an attorney licensed to practice law in the Commonwealth of Massachusetts and of counsel at Devine, Millimet & Branch, Professional Association, counsel to defendant Nextel Communications of the Mid-Atlantic, Inc. ("Nextel"), respectfully moves for the admission pro hac vice of Attorney Steven E. Grill to practice before this Court on behalf of Nextel. In support of his Motion, the undersigned states as follows:

1. Attorney Steven E. Grill is a member in good standing in the bar of the States of New Hampshire and New York, is a member of the firm of Devine, Millimet & Branch, and a resident in the firm's Manchester, New Hampshire office.

2. Attorney Steven E. Grill is regular counsel to Nextel and has been asked by Nextel to take a lead role in representing Nextel in the above-captioned matter.

3. The undersigned, or another attorney from Devine, Millimet & Branch, who is admitted to practice law in the Commonwealth of Massachusetts, will be involved as local counsel throughout this case.

4. The Declaration of Steven E. Grill in support of Motion for Admission Pro Hac Vice is filed herewith and incorporated herein by reference.

5. Counsel for plaintiff assents to the relief sought herein.

6. No memorandum of law is included herewith as the relief sought is within the sound discretion of the Court.

**WHEREFORE**, Brian J.S. Cullen respectfully moves this Court for an order admitting Attorney Steven E. Grill to practice before this Court pro hac vice in connection with all aspects of the above-captioned action.

Respectfully submitted,

**DEVINE, MILLIMET & BRANCH, PROFESSIONAL ASSOCIATION**

Dated: June 23rd, 2004

By: _____
Brian J.S. Cullen, Esquire (BBO # 556953)
111 Amherst Street, P.O. Box 719
Manchester, NH 03105-0719
Telephone: 603.669.1000
Facsimile: 603.695.8700
brian.cullen@devinemillimet.com

### CERTIFICATE OF SERVICE

I hereby certify on this 23rd day of June, 2004, a copy of the foregoing Motion for Admission Pro Hac Vice was forwarded to Joseph T. Doyle, Jr., Esquire, Lecomte, Emanuelson & Doyle, 1250 Hancock Street, Suite 315N, Quincy MA 02169, counsel for plaintiff, by first class mail.

_____
Brian J.S. Cullen, Esquire

J:\wdox\docs\clients\10339\51690\M0590819.DOC