UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - x
Joseph E. McCain                                    :

                    Plaintiff,                      :

        vs.                                         :   Case No.:  1:04-cv-10862-GAO

City of Newburyport, Thomas H. Howard,              :
Individually and as City Marshall for the City of
Newburyport, Brian Brunault and Nextel             :
Communications of the Mid-Atlantic, Inc.

                                                    :
                    Defendant.
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF STEVEN E. GRILL

Steven E. Grill declares that:

1.      I am a member of the firm of Devine, Millimet & Branch, Professional Association at 111 Amherst Street, P.O. Box 719, Manchester, New Hampshire, 03104.  My office telephone number is (603) 669-1000.

2.      I am a member in good standing of the bar of the States of New Hampshire and New York without any restriction on my eligibility to practice.  I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

3.      I am not currently admitted to practice law in the Commonwealth of Massachusetts.

4.      I am not currently suspended or disbarred in any jurisdiction nor have I ever been suspended or disbarred in any jurisdiction.

5.      I have read, acknowledge, and am familiar with, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of

the Massachusetts Supreme Judicial Court, as adopted by this Court as the standard of conduct

for all attorneys appearing before it.

6.    For purposes of this appeal, I have associated with local associate counsel, Brian

J.S. Cullen, who is admitted to practice law in the Commonwealth of Massachusetts.

I DECLARE UNDER PAIN AND PENALTY OF PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT.

Dated: May June 18, 2004

Steven E. Grill, Esquire

J:\wdox\docs\clients\10339\51690\M0590825.DOC