IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-10862 GAO

| | |
|---|---|
| JOSEPH E. MCCAIN,<br>      PLAINTIFF,<br><br>VS.<br><br>THE CITY OF NEWBURYPORT,<br>THOMAS H. HOWARD, IINDIVIDUALLY AND AS<br>CITY MARSHALL FOR THE CITY OF NEWBURYPORT,<br>BRIAN BRUNAULT AND NEXTEL COMMUNICATIONS OF<br>THE MID ATLANTIC, INC.,<br>      DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO EXTEND TIME TO FILE AN ANSWER
TO PLAINTIFF'S COMPLAINT**

Now come the Defendants in the above-referenced matter and move for an extension to file an Answer in the above-referenced matter. In support thereof, the Defendants state that the Plaintiff has assented to a 45-day extension.

                                      Respectfully Submitted,
                                      The Defendants,
                                      By their Attorneys,

                                      /s/ Jeremy I. Silverfine
                                    Jeremy I. Silverfine, BBO#542779
                                    Leonard Kesten, BBO #542042
                                    **Brody, Hardoon, Perkins & Kesten, LLP**
                                    One Exeter Plaza, 12th Floor
                                    Boston, MA  02116
                                    (617) 880-7100

Date: August 11, 2004

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of this document was served by first class mail on Matthew Perkins, Esq., LeComte, Emanuelson & Doyle, President's Place, 1250 Hancock St., Quincy, MA 02169 this <u>11th</u> day of August, 2004.

/s/ Jeremy I. Silverfine
Jeremy I. Silverfine