IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-10862-GAO

JOSEPH E. MCCAIN,
    PLAINTIFF,

VS.

THE CITY OF NEWBURYPORT,
THOMAS H. HOWARD, INDIVIDUALLY AND AS
CITY MARSHALL FOR THE CITY OF NEWBURYPORT,
BRIAN BRUNAULT AND NEXTEL COMMUNICATIONS OF
THE MID ATLANTIC, INC.,
    DEFENDANTS.

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the plaintiff in the above matter and stipulates that this action may be dismissed with prejudice, without costs and waiving all rights of appeal as to Nextel Communications of the Mid Atlantic, Inc.

Respectfully submitted,
Joseph E. McCain,
By his attorneys,

Joseph T. Doyle, Jr. Esq. BBO # 133440
Matthew W. Perkins, Esq. BBO # 564868
Lecomte, Emanuelson & Doyle
1250 Hancock Street, Suite 815N
Quincy, MA 02169
(617) 328-1900
(617) 328-2030 facsimile

Dated: August 10, 2004

1